## (December 13, 1971)

■ In the Matter of LANDON R. ZUCKERMAN, Petitioner. BERNARD J. WESNOFSKE, Chief Counsel for the Judicial Inquiry on Professional Conduct, Nassau County, Respondent.— Renewed application by a suspended attorney, whose period of suspension has expired, for reinstatement as an attorney and counselor at law. Renewed application granted; petitioner's name is directed to be restored to the roll of attorneys and counselors at law, effective forthwith. Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.

■ In the Matter of JOSEPH F. BOSLEY, an Attorney.— Joseph F. Bosley, an attorney and counselor at law admitted to practice by the Appellate Division of the Supreme Court, Third Department, on November 13, 1947, having submitted to this court his resignation as a member of the Bar, the resignation is accepted and his name is directed to be struck from the roll of attorneys entitled to practice law in this State, effective forthwith. [See decision and order filed.] Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.